UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GUSTAVO ALVIZAR,<br><br>                Petitioner,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 3:18-cv-00425-HDM-CBC<br><br>ORDER |

      This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Gustavo Alvizar, who is apparently incarcerated in Arizona, and who apparently has a Nevada second degree murder conviction. Alvizar initiated this action on August 31, 2018, by filing an application to proceed *in forma pauperis* (ECF No. 1), along with his habeas corpus petition (attached to application to proceed in forma pauperis at ECF No. 1-1).

      The financial information submitted with the application to proceed *in forma pauperis* indicates that Alvizar is unable to pay the filing fee for this action. Therefore, the *in forma pauperis* application will be granted, and he will not be required to pay the filing fee.

1

The Court has examined Alvizar's petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service upon the Respondents, and a response.

**IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 1) is **GRANTED**. Petitioner is granted leave to proceed *in forma pauperis*. Petitioner will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus, which is currently attached to the *in forma pauperis* application, at ECF No. 1-1.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for Respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically serve upon Respondents a copy of the petition for writ of habeas corpus, and a copy of this order.

**IT IS FURTHER ORDERED** that Respondents shall have 90 days from the date of entry of this order to appear in this action, and to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that, if Respondents file an answer, Petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If Respondents file a motion to dismiss, Petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and Respondents shall, thereafter, have 30 days to file a reply in support of the motion.

Dated this 6th day of September, 2018.

_____
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE