|   |   |
|---|---|
| GUSTAVO ALVIZAR,<br><br>    Petitioner,<br>       v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 3:18-cv-00425-HDM-CBC<br><br>ORDER |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In this habeas corpus action, the respondents were due to file a response to the habeas petition by December 5, 2018. *See* Order entered September 6, 2018 (ECF No. 3) (60 days for response).

On December 4, 2018, the respondents filed a motion for extension of time (ECF No. 8), requesting a 62-day extension of time, to February 4, 2019, to file their response to the petition. Respondents' counsel states that the extension of time is necessary because of the time required to obtain the record for this case, and because of her obligations in other cases. This would be the first extension of this deadline. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 8) is **GRANTED**. Respondents will have until and including **February 4, 2019**, to file their response to the habeas petition.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 6, 2018 (ECF No. 3) will remain in effect.

DATED THIS 4th day of December, 2018.

_____
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE