# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO ALVIZAR,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 3:18-cv-00425-HDM-CBC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 17)** |

In this habeas corpus action, the respondents were due to file an answer by September 30, 2019. *See* Order entered July 1, 2019 (ECF No. 14) (granting 90 days from July 1 for answer; September 29 is a Sunday).

On September 20, 2019, Respondents filed a motion for extension of time (ECF No. 17), requesting an extension of time to November 7, 2019, to file their answer. That would be a 38-day extension (not 45 days, as Respondents' counsel calculates it). Respondents' counsel states that the extension of time is necessary because of her obligations in other cases.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 17) is **GRANTED**. Respondents will have until and including **November 7, 2019**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 6, 2018 (ECF No. 3) will remain in effect (Petitioner will have 60 days to file a reply to Respondents' answer).

Dated this 23rd day of September, 2019.

_____
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE