# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO ALVIZAR,<br><br>Petitioner,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents. | Case No. 3:18-cv-00425-HDM-CBC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 19)** |

In this habeas corpus action, after a 90-day initial period to file their answer, and then a 38-day extension of time, the respondents were due to file an answer by November 7, 2019. *See* Order entered July 1, 2019 (ECF No. 14) (90 days from ruling on motion to dismiss for answer); Order entered September 23, 2019 (ECF No. 18) (38-day extension of time).

On October 30, 2019, Respondents filed a motion for extension of time (ECF No. 19), requesting a further 46-day extension of time, to December 23, 2019, to file their answer (November 22 is a Sunday.). Respondents' counsel states that the extension of time is necessary because of her obligations in other cases.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 19) is **GRANTED**. Respondents will have until and including **December 23, 2019**, to file their answer.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 6, 2018 (ECF No. 3) will remain in effect (Petitioner will have 60 days to file a reply to Respondents' answer.).

Dated this 31st day of October, 2019.

_____
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE